# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID L. DANIELS, II | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-24-270-R |
| FNU HARDING, | ) |
| Respondent. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 14], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE. A certificate of appealability is denied.

IT IS SO ORDERED this 3rd day of October, 2024.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE